FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2008 JUN -2 PM 2:04

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

CASE NO.:

JOHN LAKE,

    Plaintiff,

5:08-CV-213-OC-10GRJ

vs.

MARION COUNTY BOARD OF COUNTY
COMMISSIONERS, MARION COUNTY
FIRE-RESCUE ADMINISTRATION,

    Defendant.
_____/

## MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF REMOVAL

COME NOW Defendant, MARION COUNTY BOARD OF COUNTY COMMISSIONERS, MARION COUNTY FIRE-RESCUE ADMINISTRATION, by and through its undersigned counsel, and hereby files and serves this Memorandum of Law in Support of its Notice of Removal. In support thereof, Defendant would state as follows:

### STATEMENT OF THE CASE AND FACTS

The instant suit is a civil action which includes a federal question, specifically, a claim that the Defendant violated Plaintiff's federally protected rights under 42 U.S.C. §1983; 29 U.S.C. §621 et. seq; and 42 U.S.C. §2000e et. seq. The original Complaint seeks an award of damages against this Defendant, for alleged violations of Plaintiff's rights under said statutes.

## FEDERAL COURT JURISDICTION

This Court has jurisdiction of this case pursuant to 28 U.S.C. §1331. Section 1331 states as follows:

> "§1331. Federal question.
>
> *The federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.*

The original Complaint herein raises a federal question and satisfies the jurisdictional requirements under 28 U.S.C. §1331. This Honorable Court therefore has original jurisdiction of this civil action.

## REMOVAL

This is an action which may properly be removed to this Court pursuant to 28 U.S.C. §1441(a) which states in pertinent part as follows:

> "*Except as otherwise expressly provided by act of Congress, any civil action brought in a state court of which the district courts of the United States has original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending . . .*"

Given that this action is one over which the United States District Court for the Middle District of Florida, Ocala Division, would have original jurisdiction, this case may properly be removed by Defendants pursuant to 28 U.S.C. §1446(a) which provides:

> "*A defendant or defendants desiring to remove any civil action or criminal prosecution from a state court shall file in the district court of the United States for the district and division within which such action is pending a Notice of Removal, signed pursuant to Rule 11 of the*

>   *Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant or defendants in such action."*

In the instant suit, the Defendants have filed a Notice which complies with 28 U.S.C. §1446(a), in that it sets forth facts that show that this Court has original jurisdiction and that this case is subject to removal.

### TIMELINESS OF REMOVAL

28 U.S.C. §1446(b) requires that a Notice of Removal in a civil action or proceeding shall be filed within thirty (30) days after receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. The original Complaint was served upon the Defendants on May 19, 2008, and this Notice of Removal has been filed less than thirty (30) days from service of the original Complaint.

### CONSENT OF CO-DEFENDANT

Undersigned counsel represents that no other defendants have been identified, served or added as a party to this lawsuit, and therefore, with respect to this removal, no consent is necessary.

WHEREFORE, Defendant, MARION COUNTY BOARD OF COUNTY COMMISSIONERS, MARION COUNTY FIRE-RESCUE ADMINISTRATION, respectfully requests this Honorable Court enter its Order removing the entire case from the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, to the United

States District Court, Middle District of Florida, Ocala Division.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to ARCHIBALD J. THOMAS, III, Suite 1640 Riverplace Tower, 1301 Riverplace Blvd., Jacksonville, Florida 32207 by U.S. Mail this 30th day of May, 2008.

MICHAEL H. BOWLING, ESQ.   #0333026
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Phone: 407-897-5150
Phone: 407-897-6947
Attorneys for Defendant