```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                   OCALA DIVISION

             CASE NO.: 5:08-CV-213-OC-10GRJ
```

JOHN LAKE,

Plaintiff,

vs.

MARION COUNTY BOARD OF COUNTY
COMMISSIONERS, MARION COUNTY
FIRE-RESCUE ADMINISTRATION,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) counsel for the Defendant, MARION COUNTY BOARD OF COUNTY COMMISSIONERS, MARION COUNTY FIRE-RESCUE ADMINISTRATION, hereby notifies the Court that this case has been settled.

Respectfully Submitted

/s/Michael H. Bowling
MICHAEL H. BOWLING   #0333026
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida   32803
Phone: (407) 897-5150
Fax:   (407) 897-6947
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of September, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing and Notice of Electronic Filing has been furnished by U.S. Mail to: ARCHIBALD J. THOMAS, III, Suite 1640 Riverplace Tower, 1301 Riverplace Blvd., Jacksonville, Florida 32207.

    /s/ Michael H. Bowling
MICHAEL H. BOWLING, ESQ.    #0333026
Bell, Roper & Kohlmyer, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Phone: 407-897-5150
Phone: 407-897-6947
Attorneys for Defendant